## Mildred Plunkett, Appellee, v. Haldane M. Plunkett, Appellant.

### Gen. No. 40,959.

Heard in third division, first district, this court at October term, 1939; opinion filed April 10, 1940. Nicholas A. Socrates, for appellant; William J. Popper, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."